UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LISA MARTINEZ,<br><br>   Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>   Defendant. | CASE NO. EDCV 06-789 AGR<br><br>**JUDGMENT** |

   IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is reversed and remanded to the Commissioner.

DATED: August 18, 2008

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE