Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LISA MARTINEZ. ) | No. EDCV 07-789 AGR |
| ) | |
| Plaintiff, ) | ORDER AWARDING EAJA FEES |
| v. ) | [AMENDED] |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount TWO THOUSAND SIX HUNDRED DOLLARS and 00/cents ($2,600.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation. IT IS FURTHER ORDERED that the Order Awarding EAJA Fees filed on September 17, 2008 (Dkt. No. 25) is VACATED.

DATED: December 17, 2008      _/s/ Alicia G. Rosenberg_

                              HON. ALICIA G. ROSENBERG
                              UNITED STATES MAGISTRATE JUDGE